**Opinion issued August 6, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00154-CV

———————————

## IN RE STUART N. WILSON AND STUART N. WILSON & ASSOCIATES, P.C., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators have filed a motion to dismiss their petition for writ of mandamus.[1]

We grant the motion and dismiss the petition. Any pending motions are dismissed as moot.

---

[1]  The underlying case is *Silvia Trevino and ESBEC, LLC v. Stuart N. Wilson and Stuart N. Wilson & Associates PC*, cause number 18-DCV-257235, pending in the 268th District Court of Fort Bend County, Texas, the Honorable O'Neil Williams presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, and Landau.